O'NEILL / HASSEN                                                    Attorneys at Law

July 6, 2020

<u>VIA ECF and Email</u>
Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

RE: *United States v. Oscar Martinez,* 15 Cr. 580 (RA)

Dear Judge Abrams:

      I represent Oscar Martinez in the above-captioned matter. I am writing to request that the Violation of Supervised Release, currently scheduled for July 9, 2020 be adjourned until late September. Mr. Martinez is in an inpatient drug treatment program. The adjournment will allow him time to complete the program and to resume his outpatient drug treatment. Prior to his entering the treatment program, Mr. Martinez was working for the MTA as a contractor cleaning the subways at night. His supervisor has told him that he will be able to return to work when he graduates from the program. This adjournment will allow Mr. Martinez time to complete his drug treatment, resume his mental health treatment, return to work, and continue on the process of integrating into society. I thank the Court for its attention to this matter. The government and probation join in this request.

Application granted. The conference is adjourned to September 28, 2020 at 12:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 8, 2020

Kind regards,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997      4 / www.oandh.net
2 / F (212) 203-1858      5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net     6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA