UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| United States of America<br><br>          v.<br><br>Oscar Martinez,<br><br>          Defendant. | 15 Cr 580 (RA) |

Upon the application of Oscar Martinez, through his counsel, Grainne E O'Neill, it is hereby ORDERED that:

1) Mr. Martinez be released from Bureau of Prison custody on Monday October 26, 2020

2) Mr. Martinez's conditions of release are amended to require that he enters and completes a six (6) month residential treatment program at Samaritan Daytop Village.

3) The Bureau of Prisons shall coordinate his release with Samaritan Daytop Village and the department of probation to ensure Mr. Martinez's transportation to their facility.

4) The Court authorizes the release of available drug treatment evaluation and reports, including the presentence investigation report, to the substance abuse treatment provider.

Dated:   New York, New York
         October 22, 2020

                                   **SO ORDERED:**

                                   _____
                                   Ronnie Abrams
                                   United States District Judge