UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Oscar Martinez,

　　　　　　　Supervisee.

15 Cr. 580 (RA)

ORDER

Ronnie Abrams, U.S. District Judge:

　　It is hereby ORDERED that the supervisee, Oscar Martinez, immediately enter and successfully complete detoxification and rehabilitation services at Cornerstone of Medical Arts located at 159-05 Union Turnpike, Fresh Meadows, New York 11366; and

　　It is hereby further ORDERED that, upon completion of detoxification, the supervisee is to transition into, and complete, a residential substance abuse treatment program.

SO ORDERED.

Dated:　November  16 , 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge