UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | |
| - v - | 15 Cr. 580 (RA) |
| Oscar Martinez, | ORDER |
| Defendant. | |

**Ronnie Abrams, U.S. District Judge:**

      It is hereby ORDERED that the supervisee, Oscar Martinez, immediately enter and successfully complete detoxification and rehabilitation services at Cornerstone of Medical Arts located at 159-05 Union Turnpike, Fresh Meadows, New York 11366; and

      It is hereby further ORDERED that upon completion of detoxification, the supervisee is to transition into, and complete, a residential substance abuse treatment program.

SO ORDERED.

Dated: November 23 2020
       New York, New York

                                                Honorable Ronnie Abrams
                                                U.S. District Judge