

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

A telephone conference is scheduled for November 30, 2020 at 12:30 p.m. The parties may access the proceeding by dialing (888) 363-4749, access Code 1015508.

SO ORDERED.

_____
Ronnie Abrams , U.S.D.J.
November 30, 2020

Re:   *United States v. Oscar Martinez*, **15 Cr. 580 (RA)**

Dear Judge Abrams:

In light of recent developments regarding the defendant, the Government respectfully requests that the Court schedule a telephonic conference in the above-captioned matter tomorrow, November 30, 2020, at a time convenient to the Court between 11:00 a.m. and 2:00 p.m. (when the Government and the Probation Office both are available to appear). The Government reached out to defense counsel shortly before submitting this letter, but has not yet heard back about her availability.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   _Robert B. Sobelman_____
Jason A. Richman
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2589/2616

Cc:  Gráinne E. O'Neill, Esq. (by ECF)
     U.S. Probation Officer Sandra Osman (by email)
     U.S. Probation Officer Kristen Aliperti (by email)

Rev. 07.20.2016