**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 11/30/2020**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

OSCAR MARTINEZ,

                Defendant.

No. 15-CR-580

ORDER

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Martinez's bail is revoked and he is ordered to surrender to the United States Marshal Service, at 500 Pearl Street, by no later than 4:30 p.m. today.

SO ORDERED.

Dated:    November 30, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge