UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 1/22/2021

UNITED STATES OF AMERICA,

v.

OSCAR MARTINEZ,

Defendant.

No. 15-CR-580 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall conference is scheduled for Monday January 25, 2021 at 11:00 a.m.  Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code:  32091812#

PIN: 9921299#

SO ORDERED.

Dated:    January 22, 2021
          New York, New York

Ronnie Abrams
United States District Judge